AO 91 (Rev 8/01)   Criminal Complaint

United States District Court
Southern District of Texas
FILED

APR 18 2019

David J. Bradley, Clerk

# United States District Court

**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

UNITED STATES OF AMERICA
v.
**Eduar Alexander Carias-Valle**

IAE   YOB: 1985
**Honduras**
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: M-19-0880-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 17, 2019__ in __Starr__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Eduar Alexander Carias-Valle was encountered by Border Patrol Agents near Roma, Texas on April 17, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 17, 2019, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on October 15, 2018 through Houston, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On July 31, 2018, the defendant was convicted of 8 USC 1326 Illegal Re-entry into the United States and sentenced to four (4) months confinement.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Sworn to before me and subscribed in my presence,

**April 18, 2019**   2:43 p.m.

**Peter E. Ormsby**, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Complainant
**Mickel Gonzalez**   Senior Patrol Agent

Signature of Judicial Officer